UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEY DEAN JARVIS,

    Petitioner,

vs.

CARMEN PALMER,

    Respondent.
_____/

Civil Action No.
06-CV-12829

HON. BERNARD A. FRIEDMAN

# ORDER ACCEPTING AND ADOPTING
# MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION and
# DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Magistrate Judge Paul J. Komives has submitted a report and recommendation in which he recommends that the court deny the petition in this matter for a writ of habeas corpus. Neither party has submitted objections and the time for them to do so has expired. The court has reviewed the report and recommendation and is persuaded that the magistrate judge has correctly analyzed all of the issues. Accordingly,

IT IS ORDERED that Magistrate Judge Komives' report and recommendation is hereby accepted and adopted as the findings and conclusions of the court.

IT IS FURTHER ORDERED that the petition in this matter for a writ of habeas corpus is denied.

Dated: August 7, 2008
    Detroit, Michigan

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
CHIEF UNITED STATES DISTRICT JUDGE